

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA, | Case No. 1:08-cr-00118-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER CORRECTING JUDGMENT FOR BOTH DEFENDANTS |
| LAURA LYN HARVELL and COLIN HELM | |
| Defendants. | |

In judgments filed on July 7, 2008 for defendant Laura Lyn Harvell (1) (Doc. 11) and on July 9, 2008 for defendant Colin Helm (2) (Doc. 12), a clerical error was made. Restitution was ordered as to Yosemite Medical Clinic in the amount of $172.80; this is an error. The Court hereby Orders that the correct amount of restitution for Yosemite Medical Clinic is **$172.00**.

IT IS SO ORDERED.

Dated: June 22, 2017

SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

1